UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MEJIA., <br><br>        Plaintiff, <br><br>  vs. <br><br>NGUYEN, et al., <br><br>        Defendants. | **1:21-cv-00832-GSA-PC** <br><br>**ORDER ADDRESSING ATTORNEY APPEARANCE** <br>**(ECF No. 16.)** <br><br>**TWENTY-DAY-DEADLINE TO FILE SUBSTITUTION OF ATTORNEYS** |

Oscar Mejia ("Plaintiff") is a state prisoner proceeding *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983, against defendants Luong Nguyen (Medical Doctor, California Correctional Institution ("CCI")) and the Warden at CCI ("Defendants") for failure to provide Plaintiff with adequate medical care in violation of the Eighth Amendment. The initial Complaint was filed by Plaintiff on May 24, 2021. (ECF No. 1.)

On February 23, 2022, Charles Anthony Picutta, Esq., filed a notice of appearance of attorney for Plaintiff. (ECF No. 16.)

When an attorney seeks to represent a *pro per* party in a pending action, Local Rule 182(g) requires the attorney to file a "Substitution of Attorneys" document, signed by both the attorney and the party. That substitution must be approved by the court, so the words "IT IS SO ORDERED," with spaces designated for the date and signature of the Judge, shall be affixed at the end of each Substitution of Attorneys. To clarify the record in this case, within thirty days of

the date of this order, Charles Anthony Picutta shall file a "Substitution of Attorneys" in accordance with Local Rule 182(g). If a Substitution of Attorneys is not filed, the court will assume Plaintiff continues in this action in *pro pe*, and the record shall be modified to reflect Plaintiff's *pro per* status.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Within twenty days of the date of service of this order, Charles Anthony Picutta, Esq., shall file a "Substitution of Attorneys" in accordance with Local Rule 182(g), signed by both Plaintiff and attorney Picutta;

2. The Clerk of Court is DIRECTED to serve this order upon:

>Charles Anthony Picutta, Esq.,
>PICUTTA LAW GROUP, LLP
>400 West Franklin Street
>Monterey, CA  93940

and

>Oscar Mejia
>BF-2554
>California Correctional Institution
>P.O. Box 1906
>Tehachapi, CA  93581

IT IS SO ORDERED.

Dated:   **June 29, 2022**          _____/s/ Gary S. Austin_____
                                    UNITED STATES MAGISTRATE JUDGE