UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MEJIA., <br><br> Plaintiff, <br><br> vs. <br><br> NGUYEN, et al., <br><br> Defendants. | 1:21-cv-00832-GSA-PC <br><br> **ORDER APPROVING SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF OSCAR MEJIA** <br> **(ECF No. 19.)** <br><br> **ORDER DEEMING PLAINTIFF'S FIRST AMENDED COMPLAINT PROPERLY FILED** <br> **(ECF No. 17.)** <br><br> **ORDER FOR CLERK TO SEND PLAINTIFF A COPY OF THIS ORDER AND A COPY OF THE SUBSTITUTION OF ATTORNEYS** <br> **(ECF No. 19.)** |

Oscar Mejia ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983.  On June 29, 2022, a stipulation for substitution of attorneys for Plaintiff was filed with the Court, containing the signatures of Plaintiff and the incoming attorney of record, Charles Tony Piccuta.  (ECF No. 19.)  After consideration of the stipulation, the Court hereby approves and orders the substitution of attorneys as set forth.

In light of this ruling the First Amended Complaint, filed on June 28, 2022 by Charles Tony Piccuta on Plaintiff's behalf, shall be deemed properly filed.  (ECF No. 17.)

Plaintiff shall be served, at his address at California Correctional Institution, with a copy of this order and a copy of the proposed substitution of attorneys submitted on June 29, 2022. Plaintiff is advised that from this time forward all future court mail and copies of docket entries in his case will now be forwarded to his attorney of record, Charles Tony Piccuta, and not to Plaintiff. Plaintiff is also advised that as long as he is represented by counsel he should not file documents himself, but do so through counsel.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The stipulation for substitution of attorney Charles Tony Picutta of Picutta Law Group, LLP, filed on June 29, 2022, is APPROVED as set forth;

2. The First Amended Complaint filed on June 28, 2022, is DEEMED properly filed; and

3. The Clerk of Court is DIRECTED to serve Plaintiff with:

    (1) a copy of this order, and

    (2) a copy of the substitution of attorneys filed on June 29, 2022 (ECF No. 19) at:

    Oscar Mejia
    BF-2554
    California Correctional Institution
    P.O. Box 1906
    Tehachapi, CA  93581

IT IS SO ORDERED.

Dated:  **June 30, 2022**            **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE