IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OSCAR MEJIA,** | Case No. 1:21-cv-00832 GSA (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **LUONG NGUYEN, et al.,** | |
| Defendants. | |

The Court, having considered the Defendants' motion to modify the scheduling order, and good cause having been shown:

**IT IS ORDERED:** The Defendants' motion to modify the scheduling order (ECF No. 30) is GRANTED. The deadline to file dispositive motions is October 12, 2023.

IT IS SO ORDERED.

Dated:   **September 29, 2023**               **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

GSA/viw:meji0832.mod.dso.prop.o