|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| OSCAR MEJIA, | No. 1:21-cv-00832 GSA (PC) |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| LUONG NGUYEN, et al., | |
| Defendants. | (ECF No. 33) |
|  | PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT DUE **NOVEMBER 16, 2023** |

Before this Court is the parties' Joint Stipulation to Extend Time for Plaintiff to File Response in Opposition to Defendants' Motion for Summary Judgment. ECF No. 33. In support of the motion, the parties state that Plaintiff needs the extension due to the challenges associated with Plaintiff's counsel communicating with Plaintiff and obtaining a declaration from him. Id. at 1. In addition, the motion points out that as an incarcerated person, Plaintiff is unable to communicate freely, which also warrants a grant of additional time. Id.

The parties agree that Plaintiff shall have until November 16, 2023, to file a response to Defendants' Motion for Summary Judgment. ECF No. 33 at 1. The request is made in good faith, and it is signed by counsel for all parties. Id.

////

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Joint Stipulation to Extend Time for Plaintiff to File Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 33) is GRANTED, and

2. Plaintiff shall have until **November 16, 2023**, to file a response to Defendants' Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   **October 25, 2023**                         **/s/ Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE

2