|   |   |
|---|---|
| OSCAR MEJIA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUONG NGUYEN, et al.,<br><br>    Defendants. | No. 1:21-cv-00832 GSA (PC)<br><br>ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 35)<br><br>PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT DUE **NOVEMBER 30, 2023** |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, a state prisoner proceeding forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff is represented by counsel. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this Court is the parties Second Joint Stipulation to Extend Time for Plaintiff to File Response in Opposition to Defendants' Motion for Summary Judgment. ECF No. 35. In support of the motion, the parties state that counsel for Plaintiff has only recently been able to obtain clearance to schedule a confidential call with Plaintiff at Kern Valley State Prison. Id. at 1-2. The parties further state that November 21, 2023, was the first available date the prison had for Plaintiff and his counsel to schedule that call. Id. at 2. For these reasons, the parties request

that the due date for Plaintiff's Opposition to Defendants' Motion for Summary Judgment be extended from November 16, 2023, to November 30, 2023. Id. Good cause appearing, the parties' motion shall be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' Second Joint Stipulation to Extend Time for Plaintiff to File Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 35) is GRANTED, and

2. Plaintiff shall have until **November 30, 2023**, to file a response to Defendants' motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   **November 14, 2023**                            **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE